IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLAN SWARTZBERG,

    Plaintiff,

vs.            No.    1:15-cv-00661-JCH-KK

METLIFE AUTO & HOME, a brand of
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY AND ITS AFFILIATES,
And YET-TO-BE-IDENTIFIED EMPLOYEES/AGENTS/
CONTRACTORS OF METLIFE AUTO & HOME, a brand of
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY AND ITS AFFILIATES,

    Defendants.

## NOTICE OF SETTLEMENT

    COMES NOW Economy Premier Assurance Company ("Economy Premier"), misnamed in the Complaint as "MetLife Auto and Home, a brand of Metropolitan Property and Casualty Insurance Company and its affiliates", by and through its attorneys of record, Butt Thornton & Baehr PC (James H. Johansen and Amy E. Headrick), and advises the Court that all matters between the parties have been resolved.  The parties will jointly work to complete the necessary settlement documentation and forward a Motion and Order of Dismissal to the Court as quickly as possible.

        Respectfully Submitted,

        BUTT THORNTON & BAEHR PC

        */s/ James H. Johansen*
        James H. Johansen
        Amy E Headrick
        *Attorney for Defendant, Economy Premier Assurance Company*
        P.O. Box 3170
        Albuquerque, NM  87190-3170
        Telephone:  (505) 884-0777

I hereby certify that on the 21st day of September, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by e-mail; and electronic means, as more fully reflected on the Notice of Electronic filing:

Merit Bennett
mb@thebennettlawgroup.com


/s/ *James H. Johansen*
James H. Johansen