IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALLAN SWARTZBERG,

    Plaintiff,

vs.                                No. 1:15-cv-00661-JCH-KK

**METLIFE AUTO & HOME, a brand of**
**METROPOLITAN PROPERTY AND CASUALTY**
**INSURANCE COMPANY AND ITS AFFILIATES,**
**And YET-TO-BE-IDENTIFIED EMPLOYEES/AGENTS/**
**CONTRACTORS OF METLIFE AUTO & HOME, a brand of**
**METROPOLITAN PROPERTY AND CASUALTY**
**INSURANCE COMPANY AND ITS AFFILIATES,**

    **Defendants.**

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Motion of the Plaintiff, Carol Rivera, and Defendant, MetLife General Insurance Company, to dismiss Plaintiff's Complaint with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), NMRA, the Court having reviewed said Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and all claims and causes which could have been brought are hereby dismissed with prejudice. All parties shall bear their own costs and attorneys' fees.

                                                _____
                                                HONORABLE JUDITH C. HERRERA
                                                District Judge

APPROVED:

*/s/ Approved via email on 9/25/15 by:*
Merit Bennet
*Attorney for Plaintiff*

*/s/ James H. Johansen*
James H. Johansen
Attorney for Defendant